**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:17-cv-02931-KLM

THERESA BROOKE,

    Plaintiff,

v.

WHITE LODGING SERVICES CORPORATION,
an Indiana corporation d/b/a Courtyard Marriott,

    Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), the parties, Plaintiff Theresa Brooke and Defendant White Lodging Services Corporation d/b/a Courtyard Marriott, jointly stipulate to the dismissal of this action with prejudice, each party to bear her or its own fees and costs.

Respectfully submitted this 14th day of May, 2018.

| THE STROJNIK LAW FIRM LLC | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| *s/ Peter Kristopher Strojnik* | *s/ Stephen B. Rotter* |
| Peter Kristopher Strojnik | Stephen B. Rotter |
| 2415 East Camelback Road | Wells Fargo Center |
| Esplanade Center III, Suite 700 | 1700 Lincoln Street, Suite 4650 |
| Phoenix, AZ 85016 | Denver, CO 80203 |
| Telephone: 602.510.9409 | Telephone: 303.764.6800 |
| Facsimile: 602.916.0253 | Facsimile: 303.831.9246 |
| pstrojnik@strojniklaw.com | stephen.rotter@ogletree.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

1

## CERTIFICATE OF SERVICE

      I hereby certify that on this 14th day of May, 2018, I electronically filed the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel of record's e-mail address:

      Peter Kristofer Strojnik
      pstrojnik@strojniklaw.com

      *s/ Alison L. Shaw*
      Alison L. Shaw, Paralegal